Christopher E. Hawk (OSB 061635)
chawk@gordonrees.com
**GORDON & REES LLP**
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
Telephone: (503) 222-1075
Facsimile: (503) 616-3600
Attorneys for Plaintiffs Coach, Inc.
and Coach Services, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SISKIYOU BUCKLE CO., INC., an Oregon Corporation dba SISKIYOU GIFTS; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO: 3:1-cv-00486-HZ<br><br>**DECLARATION OF BRENT H. BLAKELY RE LEGAL AUTHORITY DISCUSSED DURING SUMMARY JUDGMETN HEARING** |

## DECLARATION OF BRENT H. BLAKELY

I, BRENT BLAKELY, declare as follows:

1.  I am an attorney at Blakely Law Group, counsel for Coach, Inc. and its subsidiary, Plaintiff Coach Services, Inc., (collectively "Coach") in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called upon as a witness could competently testify thereto.

2.  During the hearing on the summary judgment motions I discussed legal authority which was not contained in our briefs. For reference by this Court, I have attached the authority to this declaration.

3.  Attached hereto as **Exhibit #1** is a true and correct copy of Judge Matz' ruling in Coach v. Abner's, 2009 WL 4810179 (CD Cal. 2009).

4.  Attached hereto as Exhbit #2 is a true and correct copy of Judge Rogriguez' ruling in Coach v. Sassy, 2112 WL 162366 (WD Tex 2012).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of April 2012 in Hollywood, California.

Brent H. Blakely