IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COACH, INC., a Maryland Corporation, and COACH SERVICES, INC., a Maryland Corporation, | No. 03:11-CV-486-HZ |
| Plaintiffs, | VERDICT FORM |
| v. | |
| SISKIYOU BUCKLE CO., INC., an Oregon Corporation dba SISKIYOU GIFTS, | |
| Defendant. | |

1 - VERDICT FORM

We, the jury find:

I.  **Liability**

   1. Did Defendant use a counterfeit of Plaintiff's "CC" trademark?

      ANSWER: _____Yes   \_\_X\_\_No

      If your answer is "Yes", then go to Question No. 5. If your answer is "No", then go to Question No. 2.

   2. Did Defendant commit trademark infringement?

      ANSWER: \_\_X\_\_Yes   _____No

      If your answer is "Yes", then go to Question No. 3. If your answer is "No", then go to Question No. 4.

   3. Did Defendant have either statutory or actual notice that the Plaintiff's trademark was registered?

      ANSWER: \_\_X\_\_Yes   _____No

      If your answer is "Yes", then go to Question No. 6.

   4. Did Defendant commit unfair competition?

      ANSWER: _____Yes   _____No

      If your answer is "Yes", then go to Question No. 6.

II. **Damages**

   5. If you answered "Yes" to Question No. 1, how much are Plaintiff's statutory damages?

      ANSWER: $_____

      You are now finished. Your presiding juror should sign the verdict form and call the bailiff.

2 - VERDICT FORM

6. If you answered "Yes" to Question No. 2 and 3 or "Yes" to Question No. 4, how much are Plaintiff's damages?

   ANSWER:    $ 75,000

You are now finished. Your presiding juror should sign the verdict form and call the bailiff.

DATED: June 7, 2012.

                                              By _____
                                                    Presiding Juror

3 - VERDICT FORM